Form 65 - SUITABLE AGE, MAILING



LEE ANAV CHUNG LLP     LEE ANAV CHUNG LLP
U S DISTRICT COURT SOUTHERN DISTRICT STATE OF NEW YORK
---------------------------------------------------------
HSIN-CHENG CHEN
                                    PLAINTIFF
                       - vs -
KELVIN SUN A/K/A HEPING SUN
                                    DEFENDANT
---------------------------------------------------------

index No. 13 CV 0280
Date Filed

Office No.
Court Date.

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**ANDRE MEISEL** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **18th day of January, 2013** at **07:31 PM** at
**80 RIVERSIDE BLVD APT 9L NEW YORK, NY 10069**
I served the **SUMMONS IN A CIVIL ACTION, COMPLAINT WITH EXHIBITS**
Upon **KELVIN SUN A/K/A HEPING SUN** ,
the **DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **NELSON PENAFIEL DOORMAN WHO REFUSED ACCESS & AUTHORIZED TO ACCEPT IN ACCORDANCE WITH HIS EVERYDAY DUTIES** a person of suitable age and discretion.
Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

SEX: **MALE** COLOR: **WHITE** HAIR: **BLACK**
AGE: **30**  HEIGHT: **5'9**  WEIGHT: **175**
OTHER IDENTIFYING FEATURES:
**GLASSES**

Sworn to before me this
23RD day of JANUARY, 2013

BRETT GOLUB
Notary Public, NASSAU COUNTY
  01G06129491
Qualified in NASSAU COUNTY
Commission Expires 06/27/2013

ANDRE MEISEL 1372356
Empire Lawyers Service, LLC
d/b/a Aetna Judicial Service
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7-LAC-251679

STATE OF NEW YORK, COUNTY OF NEW YORK
**DEBBIE CRUZ** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on **23rd day of January, 2013**
I deposited in the United States mail a true copy of aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said DEFENDANT(s) at the above address **AS EVIDENCED BY CERTIFICATE OF MAILING HEREWITH ATTACHED.** That address being the usual place of abode, last known residence of the DEFENDANT(s).
Copy mailed 1st class mail marked personal &confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns action against the person to be served.
Sworn to before me this
23RD day of JANUARY, 2013

BRETT GOLUB
Notary Public, NASSAU COUNTY
  01G06129491
Qualified in NASSAU COUNTY
Commission Expires 06/27/2013

DEBBIE CRUZ 1282011
Empire Lawyers Service, LLC
d/b/a Aetna Judicial Service
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7-LAC-251679

**UNITED STATES POSTAL SERVICE**

This Certificate of Mailing provides evidence
This form may be used for domestic and ir

From:

SUITE 1802
225 BROADWAY
NEW YORK, NY 10007

To: KELVIN SUN A/K/A   HEPING SUN
50 RIVERSIED BLVD APT   9L
NEW YORK, NY   10069



049J204060
$01.150
01/23/2013
Mailed From 10007
US POSTAGE

Postmark Here

PS Form 3817, April 2007  PSN 7530-02-000-9065