UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
HSIN-CHENG CHEN,

        **Plaintiff,**

 -against-         1:13-cv-00280 (ALC) (KNF)

              **ORDER**

KELVIN SUN a/k/a HELPING SUN and JIA
LIU,

        **Defendants.**
------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

  Plaintiff Hsin-Cheng Chen ("Plaintiff") brought this action against Defendants Kelvin Sun and Jia Liu ("Defendants") under the Uniform Foreign-Money Judgments Recognition Act for the recognition and enforcement of a final money judgment issued in China against Defendants. On May 9, 2013, Plaintiff moved for a writ of attachment against Defendants. For the reasons stated on the record at the status conference on December 5, 2013, Motion for a Writ of Attachment (ECF No. 13) is DENIED.

**SO ORDERED.**

Dated: December 5, 2013
    New York, New York

                  **ANDREW L. CARTER, JR.**
                  **United States District Judge**